IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ACS MANUFACTURING, INC., § <br> § <br> § <br> *Plaintiff*, § <br> § Civil Action No. 4:22-cv-00687 <br> v. § <br> § <br> ROLLS-ROYCE SOLUTIONS AMERICA § <br> INC., § <br> § <br> *Defendant*. § | |

### ORDER GRANTING MOTION TO LIMIT
### EXPERT TESTIMONY OF PHILIP J. ISAAK

The Court, having considered Defendant's Motion to Limit Expert Testimony of Philip J. Isaak, finds that the Motion should be and hereby is **GRANTED**. Accordingly, it is hereby

**ORDERED** that the expert testimony of Philip J. Isaak is limited to rebutting Defendant's counterclaims and may not be used in support of Plaintiff's claims.

**IT IS SO ORDERED.**